IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANGELA WELLS, as             )
administrator of the estate  )
of Edwin Charles Wells,      )
Jr.,                         )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )    2:22cv600-MHT
                             )        (WO)
JENNIFER McCOVERY, et al.,   )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that plaintiff's unopposed motion to dismiss certain claims and parties (Doc. 33) is denied as moot. Said claims and parties have already been eliminated from the case because they were omitted from the amended complaint (Doc. 32).*

DONE, this the 30th day of September, 2024.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE

---

* The court notes that the case style of the amended complaint still contains the names of the two parties plaintiff now asks to dismiss. However, as those names do not appear in the list of parties or in the listed counts in the amended complaint, the court treats their inclusion in the case style as an oversight.