IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANGELA WELLS, as              )
administrator of the estate   )
of Edwin Charles Wells,       )
Jr.,                          )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:22cv600-MHT
                              )         (WO)
JENNIFER McCOVERY, et al.,    )
                              )
    Defendants.               )
```

## ORDER

In light of the amended complaint (Doc. 32), it is ORDERED that the motion to dismiss (Doc. 6) is denied without prejudice.

DONE, this the 30th day of September, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**